**Motion Granted; Appeal Dismissed and Memorandum Opinion filed July 7, 2016.**



**In The**

# Fourteenth Court of Appeals

## NO. 14-16-00255-CV

**MARY THUY NGUYEN AND DUC LE, Appellants**

**V.**

**TCN VICTORY, INC. AND TRUNG Q. NGUYEN, Appellees**

**On Appeal from the County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Cause No. 1063497**

## M E M O R A N D U M   O P I N I O N

This is an appeal from an order signed March 23, 2016. On June 15, 2016, the parties filed a joint motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Boyce, Christopher, and Jamison.